IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANGELA VELASQUEZ,<br>           Plaintiff<br><br>v.<br><br>CITY OF WILKES-BARRE; POLICE OFFICER TWERDY; POLICE OFFICER JOHN DOE; UNIQUE JONES; TERDELL WEES; and PENNSYLVANIA FINANCIAL RESPONSIBILITY ASSIGNED CLAIMS PLAN,<br>           Defendants | No. 3:22cv125<br><br>(Judge Munley) |

## ORDER

**AND NOW**, to wit, this 28th day of March 2024, for the reasons set forth in the accompanying memorandum, the motion to dismiss filed by Defendants City of Wilkes-Barre, Police Officer Twerdy, and Police Officer John Doe (Doc. 19) is hereby **DENIED**.

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court