JEFFREY R. LESSIN & ASSOCIATES, P.C.        Attorneys for Petitioner
BY: JEFFREY R. LESSIN, ESQUIRE
Attorney Identification #43801
Email j.lessin@lessinlaw.com
1515 Market Street, Suite 1650
Philadelphia, PA 19102

LAW OFFICES OF GEOFFREY B. GOMPERS & ASSOCIATES, PC
By: Geoffrey B. Gompers, Esquire
Email gompers@gomperslaw.com
Attorney Identification #42018
1515 Market Street-Suite 1650
Philadelphia, PA 19102
(215) 567-6600

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JIAVANNI T. VELAZQUEZ, ADMINISTRATOR OF :
THE ESTATE OF ANGELA MARIE VELAZQUEZ, :
Deceased :
  :
  : DOCKET NO.: 3:22-CV-00125-JKM
vs. :
  :
CITY OF WILKES-BARRE, POLICE OFFICER :
TWERDY, POLICE OFFICER JOHN DOE, :
UNIQUE L. JONES, TERDELL WEES, :
PENNSYLVANIA FINANCIAL RESPONSIBILITY :
ASSIGNED CLAIMS PLAN

**PLAINTIFF'S PETITION TO CONFIRM AND ENFORCE THE SETTLEMENT AGAINST CITY OF WILKES-BARRE, POLICE OFFICER TWERDY AND POLICE OFFICER JOHN DOE**

To The Honorable Julia K. Munley in the U.S. District Court for the Middle District of Pennsylvania:

The Petition of Jiavanni T. Velazquez, as Administrator of the Estate of Angela Marie Velazquez, deceased, by their attorneys, Jeffrey R. Lessin, Esquire, and Geoffrey Gompers, Esquire respectfully represents:

1.      Petitioner is Jiavanni T. Velazquez, who was appointed Administrator of the Estate of Angela Marie Velazquez, deceased, on March 6, 2022, by the Register of Wills of Luzerne County, Pennsylvania. A copy of the Decree of the Register, Letters of Administration (dated November 29, 2022), and a Short Certificate (dated November, 2022), are attached hereto and marked **Exhibit A.**

2.      On or about February 10, 2021, at approximately 3:30 p.m., Angela Marie Velazquez, now deceased, was a pedestrian, walking on South Main Street, crossing the street at its intersection with Northampton Street, in Wilkes-Barre, Pennsylvania when Ms. Velazquez was struck by an uninsured vehicle operated by Defendant, Unique Jones, and owned by Defendant Terdell Wees. At the time of the accident, Plaintiff believed that Defendant Unique Jones was being chased by the members of the Defendant City of Wilkes-Barre Police Department including Defendant Police Officer Twerdy.

3.      The Plaintiff filed a Civil Action Complaint in the United States District Court of the Middle District of Pennsylvania on January 24,2022 against Defendants, City of Wilkes-Barre, Police Officer Twerdy, Police Officer John Doe, Unique Jones, Terdell Wees, and Pennsylvania Financial Responsibility Assigned Claims Plan. The claims against Defendants City of Wilkes Barre Police Department, Police Officer John Doe and Police Officer Twerdy were premised upon negligent police pursuit and an unconstitutional police pursuit under the Fourteenth Amendment's Due Process Clause "to protect individuals against dangers that the government itself creates." Sauers v. Borough of Nesquehoning, 905F. 3d 711 (3d Cir. 2018); citing Haberle v. Troxell, 885 F.3d 170, 176 (3d Cir. 2018)

4.      Plaintiff's attorneys received and reviewed Defendant Wilkes-Barre's and Police Officer Twerdy's interrogatory answers and answers to document requests including video surveillance obtained as a result of the investigation of the accident by employees of Defendant City of Wilkes-Barre. Following Plaintiff's review of the discovery including surveillance videos, Plaintiff concluded that it could not prove that Unique Jones was being actively pursued by the Wilkes Barre Police Department when the car he was operating struck pedestrian Angela Velazquez.

5.      After Plaintiff's representative concluded that a viable claim did not exist against the Defendants City of Wilkes Barre, Police Officer John Doe and Police Officer Twerdy, Plaintiff contacted James Doherty, Jr., Esquire, the attorney representing the City of Wilkes-Barre, Police Officer Twerdy and Police Officer John Doe. In a phone conversation that Plaintiff's attorney Geoffrey Gompers had with Mr. Doherty, after Mr. Gompers informed Mr. Doherty that Plaintiff was planning to drop the lawsuit against his clients, Mr. Doherty threatened to sue Plaintiff's Estate for malicious prosecution. In the same conversation, Mr. Gompers and Mr. Doherty, on behalf of their respective clients, settled the case by agreeing to sign a mutual release that Mr. Doherty agreed to draft and forward to Plaintiff's counsel for review.

6. Despite agreeing in mid-April 2025 to draft and forward a mutual release for Plaintiff to review, Mr. Doherty has thus far refused to produce a proposed Mutual Release. See **Exhibit B**, a copy of the emails regarding the settlement of this matter and mutual release requests between Plaintiff's attorney, Geoffrey Gompers and Mr. Doherty, attorney for Defendants City of Wilkes Barre, Police Officer Twerdy and Police Officer John Doe.

**WHEREFORE,** Petitioner respectfully requests that this Honorable Court enter an Order confirming the settlement between Plaintiff and Defendants City of Wilkes- Barre, Police Officer Twerdy and Police Officer John Doe and ordering the Defendants City of Wilkes- Barre, Police Officer Twerdy and Police Officer John Doe to draft and provide a mutual release for Plaintiff to review.

Respectfully Submitted,

**GEOFFREY B. GOMPERS & ASSOCIATES, P.C.**

BY: _____
**GEOFFREY B. GOMPERS, ESQUIRE**
Attorney for Petitioner

**JEFFREY R. LESSIN & ASSOCIATES, P.C.**

BY: _____
**JEFFREY R. LESSIN, ESQUIRE**
Attorney for Petitioner

Date: June 12, 2025

JEFFREY R. LESSIN & ASSOCIATES, P.C.    Attorneys for Petitioner
BY: JEFFREY R. LESSIN, ESQUIRE
Attorney Identification #43801
Email j.lessin@lessinlaw.com
1515 Market Street, Suite 1650
Philadelphia, PA 19102

LAW OFFICES OF GEOFFREY B. GOMPERS & ASSOCIATES, PC
By: Geoffrey B. Gompers, Esquire
Email gompers@gomperslaw.com
Attorney Identification #42018
1515 Market Street-Suite 1650
Philadelphia, PA 19102
(215) 567-6600

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JIAVANNI T. VELAZQUEZ, ADMINISTRATOR OF :
THE ESTATE OF ANGELA MARIE VELAZQUEZ, :
Deceased :
                                                                              : DOCKET NO.: 3:22-CV-00125-JKM
            vs. :

CITY OF WILKES-BARRE, POLICE OFFICER :
TWERDY, POLICE OFFICER JOHN DOE, :
UNIQUE L. JONES, TERDELL WEES, :
PENNSYLVANIA FINANCIAL RESPONSIBILITY :
ASSIGNED CLAIMS PLAN

**CERTIFICATE OF SERVICE**

       I, Geoffrey B. Gompers, Esquire, hereby certify that on the 12th day of June, 2025 a copy of Plaintiff's Petition to Enforce the Settlement against City of Wilkes-Barre and Police Officer Twerdy with Exhibits and a proposed Order were sent to the following parties via email:

- Michael J. Connolly, Esq. - Attorney for Defendant, PFRACP
- James A. Doherty, Esq. - Attorney for Defendants, City Wilkes-Barre and PO Twerdy
- Jiavanni T. Velazquez, Petitioner/Beneficiary/Administrator
- Unique Jones, Defendant
- Terdell Wees, Defendant

                                                  Respectfully Submitted,

                                                  GEOFFREY B. GOMPERS & ASSOCIATES, P.C.

                                                  BY: _____