IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JIAVANNI T. VELAZQUEZ, ADMINISTRATOR OF :
THE ESTATE OF ANGELA MARIE VELAZQUEZ, :
Deceased :
: DOCKET NO.: 3:22-CV-00125-JKM
vs. :
:
CITY OF WILKES-BARRE, POLICE OFFICER :
TWERDY, POLICE OFFICER JOHN DOE, :
UNIQUE L. JONES, TERDELL WEES, :
PENNSYLVANIA FINANCIAL RESPONSIBILITY :
ASSIGNED CLAIMS PLAN :

## ORDER APPROVING SETTLEMENT

NOW, this 13th day of June, 2025, upon consideration of the PETITION TO COMPROMISE WRONGFUL DEATH AND SURVIVAL ACTION filed on the 8th day of June, 2025 (hereinafter "*Petition*"), by Jeffrey R. Lessin, Esquire and James E. Murphy, Esquire (hereinafter "Counsel"), on behalf of Jiavanni T. Velazquez, Administrator of the Estate of Angela Marie Velazquez, deceased (hereinafter, "Petitioner");

**IT IS ORDERED** that the *Petition* is granted and settlement of the above captioned action against Defendant, Pennsylvania Financial Responsibility Assigned Claims Plan for $15,000.00 is approved, to be allocated 90% to the wrongful death action and 10% to the survival action;

**IT IS FURTHER ORDERED** that the settlement proceeds shall be distributed as follows:

**WRONGFUL DEATH ACTION**:

| | | |
|---|---|---|
| To: | Jeffrey R. Lessin & Associates, P.C. (Reimbursement of Costs) | $5,400.00 |
| To: | The Children (Beneficiaries) of the decedent: | |
| | Jiavanni T. Velazquez | $1,620.00 |
| | Florencio A. Perez | $1,620.00 |
| | Angelita Marina Perez | $1,620.00 |
| | Victoria Ava Perez, a minor | $1,620.00 |
| | Jaycion Kaiden Velazquez Seddens, a minor | $1,620.00 |

**TOTAL WRONGFUL DEATH ACTION**        **$13,500.00**

**SURVIVAL ACTION**:

| | | |
|---|---|---|
| To: | Jeffrey R. Lessin & Associates, P.C.<br>(Reimbursement of Costs) | $600.00 |
| To: | Jiavanni T. Velazquez, Administrator<br>of the Estate of Angela Marie Velazquez | $900.00 |
| | **TOTAL SURVIVAL ACTION** | **$1,500.00** |

**IT IS FURTHER ORDERED** that the sum of $1,620.45 payable to Victoria Ava Perez, a minor child of the decedent and a beneficiary of the Estate of Angela Marie Velazquez, in the wrongful death action, shall be distributed as follows: Counsel shall open a savings account at Citizens Bank (a financial institution with offices in Pennsylvania, and in the city where the minor resides in New Jersey) in the sum of $1,620.45 in the name of the minor, Victoria Ava Perez. The savings account shall be titled and restricted as follows: Victoria Ava Perez, a minor, not to be withdrawn before the minor attains majority, except for the payment of City, State and Federal income taxes on the interest earned by the savings certificate/savings account, or upon proper Order of Court.

**IT IS FURTHER ORDERED** that the sum of $1,620.45 payable to Jaycion Kaiden Velazquez Seedens, a minor child of the decedent and a beneficiary of the Estate of Angela Marie Velazquez, in the wrongful death action, shall be distributed as follows: Counsel shall open a savings account at Citizens Bank (a financial institution with offices in Pennsylvania, and in the city where the minor resides in New Jersey) in the sum of $1,620.45 in the name of the minor, Jaycion Kaiden Velazquez Seedens. The savings account shall be titled and restricted as follows: Jaycion Kaiden Velazquez Seedens, a minor, not to be withdrawn before the minor attains majority, except for the payment of City, State and Federal income taxes on the interest earned by the savings certificate/savings account, or upon proper Order of Court.

IT IS FURTHER ORDERED that Petitioner is authorized to execute a Release, in substantial conformity with the copy of the Release attached as Exhibit "H" to the *Petition*;

IT IS FURTHER ORDERED that within 60 days of the date of this *Order*, Jiavanni T. Velazquez, Administrator of the Estate of Angela Marie Velazquez, deceased, shall file an Inheritance Tax Return and an Inventory to 20 Pa.C.S.A. Section 3301 with the Register of Wills of Luzerne County, Pennsylvania, each of which reports the award of net survival action proceeds from the settlement with Defendant, Pennsylvania Financial Responsibility Assigned Claims Plan, and shall pay additional probate fees and inheritance tax due, if any; and

IT IS FURTHER ORDERED that, upon consummation of the settlement approved by this *Order*, Counsel shall file a *Praecipe and Power of Attorney for Satisfaction and/or Termination* with the Court regarding Defendant, Pennsylvania Financial Responsibility Assigned Claims Plan.

BY THE COURT:

_____ J.